JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY LYNN FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **ANDRONICO'S MARKETS, INC.,** | ) Case No. |
| A California Corporation, aka | ) |
| Andronico's Community Markets, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |
| 1200 Irving Street | ) |
| San Francisco, CA 94122 | ) |
| | ) |
| Employer Tax I.D. No.: 94-1307395 | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS

Andronico's Markets, Inc., a California corporation, the debtor and debtor in possession herein (the "Debtor"), hereby submits its List of Equity Security Holders attached hereto as **Exhibit "A"** and by this reference incorporated herein.

I, William J. Andronico, Chief Executive Officer and proposed responsible individual for the Debtor, do hereby declare under penalty of perjury that to the best of my knowledge, information and belief, the attached LIST OF EQUITY SECURITY HOLDERS is a complete list of all of the Debtor's equity security holders as of the date of the commencement of the within Chapter 11 case.

/ / /

1    Dated:    August 22, 2011            **ANDRONICO'S MARKETS, INC.**

2

3                                By:    */s/ William J. Andronico*

                                          William J. Andronico

4                                           Chief Executive Officer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY LYNN FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re:                                              )
                                                    )
**ANDRONICO'S MARKETS, INC.,**       )      Case No.
A California Corporation, aka                        )
Andronico's Community Markets,                       )      Chapter 11
                                                    )
        Debtor.                                     )
                                                    )
    1200 Irving Street                              )
    San Francisco, CA 94122                         )
                                                    )
    Employer Tax I.D. No.: 94-1307395               )
                                                    )

# EXHIBIT "A"

# Exhibit "A"

United States Bankruptcy Court
Northern District of California

In re:  Andronico's Markets, Inc.                                    Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Solano Enterprises, LLC<br>P.O. Box 7517<br>Berkeley, CA 94707 | Common | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, William J. Andronico, Chief Executive Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date:  August 22, 2011                    /s/ William J. Andonico
                                          **William J. Andronico**
                                          **Chief Executive Officer**
                                          **Andronico's Markets, Inc.,**
                                          **Debtor**

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.