JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY LYNN FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | ) |
| **ANDRONICO'S MARKETS, INC.,** A California Corporation, aka Andronico's Community Markets, | ) Case No. ) ) Chapter 11 |
| Debtor. | ) |
| 1200 Irving Street San Francisco, CA 94122 | ) ) |
| Employer Tax I.D. No.: 94-1307395 | ) ) |

### LIST OF CREDITORS HOLDING
### 20 LARGEST UNSECURED CLAIMS

Attached hereto as **Exhibit "A"** is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Federal Rule of Bankruptcy Procedure 1007(d) for filing in this Chapter 11 case.

I, William J. Andronico, declare under penalty of perjury that I have read this LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS attached hereto as **Exhibit "A"** and that it is true and correct to the best of my knowledge, information and belief.

/ / /

| | | |
|---|---|---|
| 1 | Dated: August 22, 2011 | **ANDRONICO'S MARKETS, INC.** |
| 2 | | |
| 3 | | By: _/s/ William J. Andronico_ |
| 4 | | William J. Andronico<br>Chief Executive Officer |

| | |
|---|---|
| 1 | JOHN WALSHE MURRAY (074823) |
| | ROBERT A. FRANKLIN (091653) |
| 2 | JENNY LYNN FOUNTAIN (226241) |
| | MURRAY & MURRAY |
| 3 | A Professional Corporation |
| | 19400 Stevens Creek Blvd., Suite 200 |
| 4 | Cupertino, CA 95014-2548 |
| | Telephone: (650) 852-9000; (408) 907-9200 |
| 5 | Facsimile: (650) 852-9244 |
| | Email: jwmurray@murraylaw.com |
| 6 | Email: rfranklin@murraylaw.com |
| | Email: jlfountain@murraylaw.com |
| 7 | |
| 8 | Attorneys for Debtor |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re:

**ANDRONICO'S MARKETS, INC.,**
A California Corporation, aka
Andronico's Community Markets,

Debtor.

1200 Irving Street
San Francisco, CA 94122

Employer Tax I.D. No.: 94-1307395

Case No.

Chapter 11

**EXHIBIT "A"**

B 4 (Official Form 4) (12/07)

In re Andronico's Markets, Inc.                                                    Case No. _____
          Debtor                                                                           Chapter 11

UNITED STATES BANKRUPTCY COURT
Northern District Of California

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | (1) | (2) | (3) | (4) | | | (5) |
|---|---|---|---|---|---|---|---|
| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted** | **Nature of claim (trade debt, bank loan, government contract, etc.)** | **CONTINGENT** | **UNLIQUIDATED** | **DISPUTED** | **Amount of Claim [if secured also state value of security]** |
| 1) | Unified Grocers, Inc. | Attn: Joe Falvey<br>5200 Sheila St.<br>Commerce, CA 90040<br>Tel. (209) 470-2704<br>jfalvey@unifiedgrocers.com | Trade Debt | | | | 1,072,727.23 |
| 2) | UFCW - Employers Benefit Plans | c/o Fremont Bank<br>P.O. Box 881326<br>San Francisco, CA 94188-1326<br>Tel. (925) 746-7530 | Union Employee Benefits | | | | 1,027,898.65 |
| 3) | Tony's Fine Foods | P.O. Box 1501<br>W Sacramento, CA 95605-1501<br>Tel. (916) 374-4089<br>mlopez@tonyfinefoods.com | Trade Debt | | | | 459,657.32 |
| 4) | Nature's Best | Attn: Rosalinda Gonzalez<br>6 Pointe Drive, Suite 300<br>Brea, CA 92821<br>Tel. (714) 255-4600<br>rosalindagonzalez@naturesbest.com | Trade Debt | | | | 283,684.14 |
| 5) | Pacific Gas and Electric Co. | P.O. Box 997300<br>Sacramento, CA 95899-7300<br>Tel. (800) 468-4743<br>sff1@pge.com | Utility | | | | 238,993.50 |

B 4 (Official Form 4) (12/07)

In re Andronico's Markets, Inc.                                    Case No. _____
   Debtor                                                                    Chapter 11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6) | Lusamerica Foods Inc. | Attn: Stephany Mendonca<br>P.O. Box 2563<br>Morgan Hill, CA 95038-2563<br>Tel. (408) 778-7200<br>stephanym@lusamericafish.com | Trade Debt | | | | 194,132.32 |
| 7) | Hissho Sushi | Attn: Mike Power<br>P.O. Box 38427<br>Charlotte, NC 28278<br>Tel. (704) 926-2200 | Trade Debt | | | | 157,952.00 |
| 8) | Clover Stornetta Farms, Inc. | Attn: Ron Pomeroy<br>P.O. Box 750369<br>Petaluma, CA 94975<br>Tel. (707) 769-3217<br>ron@cloverstornetta.com | Trade Debt | | | | 156,298.07 |
| 9) | Area Distributors Inc. | Attn: Alyson<br>P.O. Box 8589<br>San Jose, CA 95155<br>Tel. (408) 975-7733 ext. 3017<br>alyson@areadistributing.com | Trade Debt | | | | 139,127.86 |
| 10) | Marin Cheese | Attn: Kristina Wright<br>63 Paul Street<br>San Rafael, CA 94903<br>Tel. (415) 479-1200 Ext. 202<br>kristinawright@marincheese.com | Trade Debt | | | | 134,506.45 |
| 11) | Seven-Up Bottling Company/Dr. Pepper SNA | Attn: Diane Hildebrandt<br>5301 Legacy Drive<br>Plano TX 75024<br>Tel. (972) 673-7000<br>diane.hildebrandt@dpsg.com | Trade Debt | | | | 130,933.15 |
| 12) | Renaissance Specialty Food | Attn: Areti Skalkes<br>260 South Maple Avenue<br>So. San Francisco, CA 94080<br>Tel. (650) 873-5400 Ext. 210<br>areti@renaissancespecialtyfoods.com | Trade Debt | | | | 124,408.19 |
| 13) | One Source Magazine Dist, LLC | Dept 2173<br>Denver, CO 80291-2173<br>Tel. (800) 758-5492 Ext. 243<br>iselad@onesourcedist.com | Trade Debt | | | | 118,076.41 |

2 of 3

Case: 11-48963    Doc# 1-4    Filed: 08/22/11    Entered: 08/22/11 11:44:27    Page 5 of 6

In re Andronico's Markets, Inc.                       Case No. _____
    Debtor                                                  Chapter 11

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 14) | Bay Cities Produce Co., Inc. | Attn: Barbara<br>2109 Williams Street<br>San Leandro, CA 94577<br>Tel. (510) 352-4704<br>barbara@baycitiesproduce.com | Trade Debt | | | | 117,939.50 |
| 15) | Sysco Food Service Of S.F. | Attn: Charlene<br>P.O. Box 5019<br>Fremont, CA 94537<br>Tel. (510) 226-3034 | Trade Debt | | | | 115,269.37 |
| 16) | Berkeley Bazaar | Attn: Joyce Yamagiwa<br>c/o Keenan Land Company<br>700 Emerson Street<br>Palo Alto, CA 94301<br>Tel. (650) 326-2244<br>Joyce@keenanland.com | Landlord | | | | 112,126.51 |
| 17) | Southern Wine and Spirits | Attn: Steve Lee<br>PO Box 45726<br>San Francisco, CA 94145-5726<br>Tel. (510) 477-5612<br>SteveLee@SouthernWine.com | Trade Debt | | | | 104,078.17 |
| 18) | Vince's Shellfish | Attn: Rose Wieland<br>P.O. Box 326<br>San Bruno, CA 94066<br>Tel. (650) 589-8825<br>rwieland@vincesshellfish.com | Trade Debt | | | | 98,420.27 |
| 19) | Tomax Corporation | Attn: Bill Kennedy<br>224 South 200 West<br>Salt Lake City, UT 84101<br>Tel. (801) 924-6263<br>bkennedy@tomax.com | Trade Debt | | | | 96,192.42 |
| 20) | Rock Island Refrigerated Distribution | Attn: Rachel Gomez<br>951 Transport Way<br>Petaluma, CA 94954<br>Tel. (707) 283-4043<br>Rgomez@therockrd.com | Trade Debt | | | | 95,854.92 |