JOHN WALSHE MURRAY (074823)
ROBERT A. FRANKLIN (091653)
JENNY LYNN FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: jwmurray@murraylaw.com
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>**ANDRONICO'S MARKETS, INC.,**<br>A California Corporation, aka<br>Andronico's Community Markets,<br><br>Debtor.<br><br>1200 Irving Street<br>San Francisco, CA 94122<br><br>Employer Tax I.D. No.: 94-1307395 | Case No. 11-48963-EDJ-11<br><br>Chapter 11<br><br>Date: August 24, 2011<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>1300 Clay Street, Courtroom 215<br>Oakland, CA 94612<br>Judge: Honorable Edward D. Jellen |

**EXHIBIT "A"**

**TO**

**MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING POST-PETITION FINANCING; (2) AUTHORIZING USE OF CASH COLLATERAL; (3) GRANTING ADEQUATE PROTECTION; (4) MODIFYING AUTOMATIC STAY; AND (5) GRANTING RELATED RELIEF**

K:\Andronico's\Pld\First Day Motions\DIP Financing - Cash Collateral\v9 Ex A.docx

Case: 11-48963    Doc# 23-1    Filed: 08/23/11    Entered: 08/23/11 22:19:40    Page 1 of 4

1    MOTION FOR INTERIM AND FINAL ORDERS (1) AUTHORIZING POST-PETITION FINANCING; (2) AUTHORIZING USE OF CASH COLLATERAL; (3) GRANTING ADEQUATE PROTECTION; (4) MODIFYING AUTOMATIC STAY . . . .

# Andronico's Community Markets
## 13 Week Cash Flow Forecast

| | Actual/Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | DIP Forecast Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | |
| | Fiscal Week # | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | |
| | Week Ending Saturday | 8/27/2011 | 9/3/2011 | 9/10/2011 | 9/17/2011 | 9/24/2011 | 10/1/2011 | 10/8/2011 | 10/15/2011 | 10/22/2011 | 10/29/2011 | 11/5/2011 | 11/12/2011 | 11/19/2011 | | |
| **Beginning Cash Balance** | | 320,000 | (345,415) | (785,174) | (1,437,881) | (2,866,241) | (3,419,577) | (4,118,513) | (4,171,240) | (4,008,549) | (4,350,277) | (4,126,475) | (4,506,050) | (4,371,834) | - | [1] |
| Cash from Sales | | 1,814,636 | 1,772,580 | 1,904,946 | 1,736,664 | 1,751,824 | 1,796,506 | 1,810,041 | 1,816,395 | 1,820,396 | 1,877,656 | 1,911,236 | 1,917,515 | 1,947,740 | 23,878,136 | [2] |
| Other Cash Receipts | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | [2] |
| Total Cash Receipts | | 1,814,636 | 1,772,580 | 1,904,946 | 1,736,664 | 1,751,824 | 1,796,506 | 1,810,041 | 1,816,395 | 1,820,396 | 1,877,656 | 1,911,236 | 1,917,515 | 1,947,740 | 23,878,136 | |
| **Operating Activities:** | | | | | | | | | | | | | | | | |
| Total Vendor Disbursements | | 1,184,694 | 1,110,714 | 1,086,188 | 990,235 | 998,879 | 1,024,357 | 1,032,074 | 1,035,697 | 1,037,979 | 1,070,628 | 1,089,775 | 1,093,355 | 1,110,589 | 13,865,165 | [3] |
| Salary & Wages | | 277,059 | 239,118 | 239,118 | 239,118 | 237,929 | 242,429 | 242,429 | 242,429 | 242,429 | 242,429 | 242,429 | 242,429 | 242,429 | 3,171,772 | [4] |
| Payroll Taxes | | 108,053 | 93,256 | 93,256 | 93,256 | 92,792 | 94,547 | 94,547 | 94,547 | 94,547 | 94,547 | 94,547 | 94,547 | 94,547 | 1,236,991 | [4] |
| 401(k) | | 7,600 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 79,600 | |
| Benefits | | 4,000 | - | 35,751 | 26,176 | 4,000 | - | 35,751 | 2,280 | 27,896 | - | 35,751 | - | 30,176 | 201,781 | |
| UFCW (Union / Pension) | | - | - | - | 413,715 | - | - | - | - | 413,715 | - | - | - | 534,644 | 1,362,074 | [5] |
| Total Payroll Related Disbursements | | 396,712 | 338,373 | 374,124 | 778,264 | 340,721 | 342,976 | 378,727 | 345,256 | 784,587 | 342,976 | 378,727 | 342,976 | 907,796 | 6,052,218 | |
| Rent | | - | 263,865 | 110,217 | 238,385 | - | 263,865 | 110,217 | - | - | - | 263,865 | 110,217 | - | 1,360,631 | [6] |
| Insurance | | 156,971 | 139,368 | - | - | - | 139,368 | - | - | - | - | 139,368 | - | - | 575,074 | |
| Property Taxes | | 172,885 | - | - | - | - | - | - | - | - | - | - | - | - | 172,885 | [7] |
| Utilities and Related | | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 61,000 | 793,000 | |
| Employee Expense Reimbursement | | - | - | - | 5,000 | - | - | - | 5,000 | - | - | 5,000 | - | - | 15,000 | |
| Store Infrastructure and Maintenance | | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 33,250 | 432,250 | [8] |
| Acctg./ Legal/ Bank/ Other Prof. Fees | | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 18,250 | 11,000 | 11,000 | 11,000 | 11,000 | 150,250 | [9] |
| IT Services / POS (TOMAX) | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 325,000 | [10] |
| Advertising & Promotion | | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 32,500 | |
| Sales Tax | | - | - | - | - | 107,543 | - | - | - | 111,309 | - | - | - | - | 218,852 | |
| Credit Card Fees | | - | 129,000 | - | - | - | - | 129,000 | - | - | - | 129,000 | - | - | 387,000 | |
| Mechanics Bank (Gift Cards) | | 5,000 | - | - | 5,000 | - | 5,000 | - | 5,000 | - | - | 5,000 | - | - | 25,000 | |
| Other Expense Disbursements | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 650,000 | [11] |
| Contingency Funds | | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 325,000 | [12] |
| Total Other Operating Outflows | | 542,606 | 739,983 | 317,967 | 456,135 | 315,293 | 615,983 | 446,967 | 217,750 | 326,309 | 207,750 | 749,983 | 317,967 | 207,750 | 5,462,441 | |
| Total Operating Disbursements | | 2,124,012 | 2,189,070 | 1,778,280 | 2,224,634 | 1,654,894 | 1,983,316 | 1,857,768 | 1,598,703 | 2,148,874 | 1,621,354 | 2,218,485 | 1,754,298 | 2,226,136 | 25,379,824 | |
| **Net Cash Excess/(Shortage) From Operations** | | (309,376) | (416,490) | 126,666 | (487,970) | 96,930 | (186,809) | (47,728) | 217,692 | (328,478) | 256,302 | (307,249) | 163,217 | (278,395) | (1,501,688) | |
| **Cumul. Net Cash Excess/(Shortage) From Ops** | | (309,376) | (725,866) | (599,200) | (1,087,170) | (990,240) | (1,177,049) | (1,224,777) | (1,007,085) | (1,335,563) | (1,079,261) | (1,386,510) | (1,223,293) | (1,501,688) | | [13] |

Case: 11-48963    Doc# 23-1    Filed: 08/23/11    Entered: 08/23/11 22:19:49    Page 2 of 4

| Actual/Forecast | Forecast 1 | Forecast 2 | Forecast 3 | Forecast 4 | Forecast 5 | Forecast 6 | Forecast 7 | Forecast 8 | Forecast 9 | Forecast 10 | Forecast 11 | Forecast 12 | Forecast 13 | DIP Forecast Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | |
| Fiscal Week # | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | |
| Week Ending Saturday | 8/27/2011 | 9/3/2011 | 9/10/2011 | 9/17/2011 | 9/24/2011 | 10/1/2011 | 10/8/2011 | 10/15/2011 | 10/22/2011 | 10/29/2011 | 11/5/2011 | 11/12/2011 | 11/19/2011 | | |
| | | (72,587) | | (1,087,170) | | | | | | | | | (1,501,688) | | |
| **Non-Operating Activities:** | | | | | | | | | | | | | | | |
| **Debt Service/Adequate Protection Payments:** | | | | | | | | | | | | | | | |
| Interest: DIP Loan | - | 8,269 | - | - | - | 30,788 | - | - | - | - | 43,327 | - | 18,500 | 100,885 | [14] |
| Other Debt Service | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Total Debt Service - Adqu Protection Disbursements | - | 8,269 | - | - | - | 30,788 | - | - | - | - | 43,327 | - | 18,500 | 100,885 | |
| **Restructuring Expenses:** | | | | | | | | | | | | | | | |
| **Professional Services:** | | | | | | | | | | | | | | | |
| Murray & Murray (Debtor Bankruptcy Counsel) | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 33,500 | 10,000 | 10,000 | 10,000 | 10,000 | 341,500 | [15] |
| Less: Retainer Acct: Murray & Murray | (33,500) | (33,500) | (33,500) | (33,500) | (33,500) | (33,500) | (33,500) | (33,500) | (32,000) | - | - | - | - | (300,000) | |
| Hinman & Carmichael (Debtor Special Counsel) | 5,000 | 5,000 | - | - | - | - | - | - | - | - | - | - | - | 10,000 | [15] |
| Less: Retainer Acct: Hinman & Carmichael | (5,000) | (5,000) | - | - | - | - | - | - | - | - | - | - | - | (10,000) | |
| John Feldman (Debtor Labor Counsel) | 4,000 | 4,000 | 4,000 | 4,000 | - | - | - | - | - | - | - | - | - | 16,000 | [15] |
| Less: Retainer Acct: John Feldmann | (4,000) | (4,000) | (4,000) | (4,000) | - | - | - | - | - | - | - | - | - | (16,000) | |
| BEBLLC (Debtor FA) | 24,375 | 22,000 | 18,625 | 18,625 | 18,625 | 18,625 | 18,625 | 18,625 | 18,625 | 17,500 | 14,000 | 14,000 | 14,000 | 236,250 | [15] |
| Less: Retainer: BEBLLC | (24,375) | (22,000) | (18,625) | (18,625) | (18,625) | (18,625) | (18,625) | (18,625) | (16,875) | - | - | - | - | (175,000) | |
| Singer & Associates (PR Advisor) | 5,000 | 5,000 | - | - | - | - | - | - | - | 5,000 | - | - | - | 15,000 | [15] |
| Less: Retainer: Singer & Assoc. | (5,000) | (2,500) | - | - | - | - | - | - | - | - | - | - | - | (7,500) | |
| Rust Consulting (Claims/Notice Agent) | 10,000 | 7,500 | 7,500 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 75,000 | [15] |
| Less: Retainer: Rust Consulting | (10,000) | - | - | - | - | - | - | - | - | - | - | - | - | (10,000) | |
| Counsel to Unsecured Creditor's Committee | - | - | - | 50,000 | - | - | - | 50,000 | - | - | - | - | - | 100,000 | [16] |
| Foley McIntosh Frey & Claytor (Debtor GC) | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | - | - | - | - | - | - | - | - | 25,000 | |
| Total Professional Fees | 5,000 | 15,000 | 12,500 | 60,000 | 10,000 | 5,000 | 5,000 | 55,000 | 13,250 | 32,500 | 29,000 | 29,000 | 29,000 | 300,250 | |
| **Other Restructuring Disbursements:** | | | | | | | | | | | | | | | |
| Utility Deposits/Adequate Assurance | 300,000 | - | - | - | - | - | - | - | - | - | - | - | - | 300,000 | [17] |
| DIP Loan Fees | 50,000 | - | - | - | - | - | - | - | - | - | - | - | - | 50,000 | [18] |
| Exit Cost Expenses/Landlord and Exec Contract Cures | - | - | - | 113,516 | 163,928 | - | - | - | - | - | - | - | - | 277,445 | [19] |
| PACA Claims | - | - | 290,535 | 290,535 | - | - | - | - | - | - | - | - | - | 581,070 | [20] |
| 503(b)(9) Claims - Goods Delivered 20 Days Prior | - | - | 476,338 | 476,338 | 476,338 | 476,338 | - | - | - | - | - | - | - | 1,905,352 | [21] |
| Court Fees/Other | 1,039 | - | - | - | - | - | - | - | - | - | - | - | 30,000 | 31,039 | [22] |
| Total Other Restructuring Expenses | 351,039 | - | 766,873 | 880,389 | 640,266 | 476,338 | - | - | - | - | - | - | 30,000 | 3,144,906 | |
| Total Restructuring Expenses | 356,039 | 15,000 | 779,373 | 940,389 | 650,266 | 481,338 | 5,000 | 55,000 | 13,250 | 32,500 | 29,000 | 29,000 | 59,000 | 3,445,156 | |
| Total Non-Operating Disbursements | 356,039 | 23,269 | 779,373 | 940,389 | 650,266 | 512,127 | 5,000 | 55,000 | 13,250 | 32,500 | 72,327 | 29,000 | 77,500 | 3,537,712 | |
| **Total Cash Disbursements** | 2,480,051 | 2,212,339 | 2,557,653 | 3,165,024 | 2,305,160 | 2,495,442 | 1,862,768 | 1,653,703 | 2,162,124 | 1,653,854 | 2,290,812 | 1,783,298 | 2,303,636 | 28,925,865 | |
| Net Cash Excess/(Shortage) for Period | (665,415) | (439,759) | (652,707) | (1,428,359) | (553,336) | (698,936) | (52,728) | 162,692 | (341,728) | 223,802 | (379,576) | 134,217 | (355,895) | (5,047,729) | |
| Cumul. Net Cash Excess/(Shortage) for Period | (665,415) | (1,105,174) | (1,757,881) | (3,186,241) | (3,739,577) | (4,438,513) | (4,491,240) | (4,328,549) | (4,670,277) | (4,446,475) | (4,826,050) | (4,691,834) | (5,047,729) | | |
| **Ending Cash Balance** | (345,415) | (785,174) | (1,437,881) | (2,866,241) | (3,419,577) | (4,118,513) | (4,171,240) | (4,008,549) | (4,350,277) | (4,126,475) | (4,506,050) | (4,371,834) | (4,727,729) | | [23] |

Case: 11-48963    Doc# 23-1    Filed: 08/23/11    Entered: 08/23/11 22:19:49    Page 3 of 4

## Andronico's Community Markets
### DIP BUDGET FOOTNOTES

[1] Beginning cash is the net available cash as of the petition date, August 22, 2011.
[2] Assumes sales comps versus prior year of: -12.5% for the first 4 weeks, -10% for the next 2 weeks, -9% for the next 2 weeks, -7.5% for the next 2 weeks, and -6% thereafter.
[3] Assumes that inventory is purchased to support forecasted sales levels. Also assumes and initial incremental purchase of inventory during the first two weeks designed to enhance stock levels. Finally, assumes that all vendors are paid promptly.
[4] Salary & wages and payroll taxes consist of both store labor and corporate labor. No major changes to labor levels are anticipated in the model.
[5] Health & welfare and pension payments related to the CBA with the UFCW are expected to be paid in ordinary course.
[6] Model assumes that store rents are paid in ordinary course and that stub-rents and cure amounts related to August rent are paid.
[7] Assumes payment of unsecured property taxes.
[8] Includes non-capitalized equipment repair, packing supplies, laundry.
[9] Consists of ordinary course expenses for inventory counting (done each period), accounting, armored car service.
[10] Includes costs of hosted POS system and accounting system tools/data warehouse.
[11] This line includes all other operating costs incurred in normal course.
[12] The contingency line item represents operating cushion for unknown and unpredictable expenditures.
[13] The cumulative net cash shortage represents the amount of operating cash shortfall anticipated during the DIP Budget period.
[14] Dip loan interest represents up to $5MM of DIP financing borrowed incrementally throughout the DIP budget period at 10% per annum.
[15] Professional fees estimates are shown as earned. Amounts held by firms as retainers are shown as offsets to the earned amounts. Actual allowed payments are subject to Court approval.
[16] Assumes that the counsel to the Unsecured Creditors Committee will be provided with a $100,000 budget.
[17] Model assumes that utilities providers are paid $300,000 as adequate assurance payments.
[18] Assumes DIP lender is paid a $50,000 fee.
[19] This line consists of cure amounts to executory contracts and lease amounts expected to be assumed.
[20] PACA estimate represents the amount of Perishable Agricultural Commodities Act claims. Model assumes that these claims are paid out once verified over a reasonable period of time.
[21] The 503(b)(9) claims represent the estimated amount of goods delivered to the debtor during the 20 days prior to the petition date, and the amount exclude those goods also listed in the PACA claim. Model assumes that these claims are paid out once verified over a reasonable period of time.
[22] Assumes $1,039 filing fee and a $30,000 quarterly UST fee.
[23] Model assumes that a $5,000,000 DIP facility is adequate to fund operations and restructuring costs during the DIP budget period.