| | |
|---|---|
| 1 | BARBARA A. MATTHEWS (SBN 195084) |
| | Assistant U.S. Trustee |
| 2 | LYNETTE C. KELLY (SBN 120799) |
| | Trial Attorney |
| 3 | United States Department of Justice |
| | Office of the United States Trustee |
| 4 | 1301 Clay Street, Suite 690N |
| | Oakland, California 94612-5231 |
| 5 | Telephone: (510) 637-3200 |
| | e-mail: lynette.c.kelly@usdoj.gov |

Attorneys for AUGUST B. LANDIS,
Acting U.S. Trustee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 11-48963 EDJ
)
ANDRONICO'S MARKETS, INC., )
) Chapter 11
)
        Debtor. )
)
_____)

## APPOINTMENT AND NOTICE OF APPOINTMENT
## OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

NOTICE IS HEREBY GIVEN that, pursuant to 11 U.S.C. § 1102, the Acting United States Trustee hereby appoints the creditors whose names are set forth in Exhibit "1" attached hereto to serve on the Committee of Creditors holding unsecured claims.

Date: August 26, 2011    Barbara Matthews
                         Assistant United States Trustee


                         *Lynette C. Kelly*
                         Lynette C. Kelly
                         Trial Attorney

                         Attorneys for August B. Landis,
                         Acting United States Trustee

Appt. & Notice of Appt. of Comm. of Creditors
Holding Unsecured Claims, 11-48963  EDJ                              - 1 -

Case: 11-48963    Doc# 60    Filed: 08/26/11    Entered: 08/26/11 12:18:33    Page 1 of 2

Exhibit 1

**CREDITORS' COMMITTEE**

Case No. 11-48963 EDJ

| | |
|---|---|
| The American Bottling Co. dba Seven-Up Bottling of S.F. c/o<br>Dr. Pepper Snapple Group<br>5301 Legacy Drive<br>Plano, Texas 75024-3109<br>P.O. Box 869077<br>Plano, Texas 75086-9077<br>Attn: Harold Busch<br>Telephone: (972) 673-5874<br>Fax: (972) 673-7981<br>e-mail: harold.busch@dpsg.com | UFCW and Employer Benefit Trust<br>1277 Treat Blvd., 10th Floor<br>Walnut Creek, CA 94597<br>Attn: Stephanie Lockett<br>Telephone: (925) 746-7536<br>Fax: (925) 746-7544<br>e-mail: slockett@ufcwtrust.com |
| Clover Stornetta Farms, Inc.<br>91 Lakeville Street<br>Petaluma, CA 94952<br>Attn: Anita Ortega<br>Telephone: (707) 769-3286; (707) 974-8545<br>Fax: (707) 778-0509<br>e-mail: anita@cloverstornetta.com | JTR Area Distributors, Inc.<br>P.O. Box 8589<br>San Jose, CA 95155<br>Attn: Kevin Ryan<br>Telephone: (408) 975-7733<br>Fax: (408) 975-7743<br>e-mail: kevin@areadistributing.com |
| Renaissance Speciality Foods, Inc.<br>260 South Maple Avenue<br>So. San Francisco, CA 94080<br>Attn: Robert Chavelle<br>Telephone: (650) 873-5400<br>Fax: (650) 873-5402<br>e-mail: bob.chavelle@guidist.com | |